CATHERINE CORTEZ MASTO
Nevada Attorney General
RAELENE K. PALMER
Deputy Attorney General
Nevada Bar No. 8601
Public Safety Division
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
Telephone: (702) 486-3420
Fax: (702) 486-3773
Email: rpalmer@ag.nv.gov
*Attorneys for Defendants,*
*Davona Jimenez-Vasquez, Carolyn Myles*
*and Michael Soto*

## UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRASCIA BRIGGS-FENISON, | Case No.: 2:12-cv-02157-GMN-RJJ |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| D. JIMENEZ-VASQUEZ, CAROLYN MYLES and CORRECTIONAL OFFICER SOTO (in their individual capacities), | |
| Defendants. | |

COME NOW, Plaintiff, Brascia Briggs-Fenison, by and through her counsel, Margaret A. McLetchie, and Defendants, Davona Jimenez-Vasquez, (sued as "D. Jimenez-Vasquez"), Carolyn Myles, and Michael Soto, (sued as "Correctional Officer Soto), by and through their counsel, Nevada Attorney General, Catherine Cortez Masto, and Deputy Attorney General, Raelene K. Palmer, and hereby stipulate as follows:

    1.    The above entitled action shall be dismissed, in its entirety, with prejudice; and

    2.    The parties shall bear their own costs and fees.

The grounds for this stipulation are as follows: all parties have reached an agreement on this case.

. . .

1

WHEREFORE, the parties respectfully request that the Court enter an order dismissing this case with prejudice.

Respectfully submitted,

CATHERINE CORTEZ MASTO
Attorney General

DATED this 26th day of August, 2013.

DATED this 26th day of August, 2013.

By _____ #12975 for
Margaret A. McLetchie
Nevada Bar No. 10931
Langford McLetchie LLC
616 S. Eighth Street
Las Vegas, Nevada 89101
Attorney for Plaintiff

By _____
Raelene K. Palmer, Dep. Attorney General
Nevada Bar No. 8602
Nevada Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Attorney for Defendants

## ORDER

**IT IS SO ORDERED** this 27th day of August, 2013.

_____
Gloria M. Navarro
United States District Judge

2